F I L E D
Clerk
District Court

APR 16 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

REXFORD C. KOSACK
LAW OFFICES OF REXFORD C. KOSACK
Second Floor, Bank of Hawaii Building
P.O. Box 500410
Saipan, MP  96950
Tel:  (670) 322-8800
Fax:  (670) 322-7800

Attorney for Defendants World Corporation
dba Saipan World Resort and Sang Jang

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROSALINDA PERJE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD CORPORATION dba SAIPAN<br>WORLD RESORT and SANG JANG.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 12-00030<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Good cause having been shown, it is hereby ORDERED that this action is dismissed in its entirety, with prejudice, each party to bear her or its own costs and attorneys' fees, and the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Date: April 16, 2015.

_____
RAMONA V. MANGLONA
Chief Judge